IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JACEK BACZYNSKI, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 4:11-CV-191-CDL-MSH |
| VS. | : | |
| | : | |
| MICHAEL SWINTON, *etal.* | : | |
| | : | PROCEEDINGS UNDER 28 U.S.C. ▪ 2254 |
| Respondents. | : | BEFORE THE U.S. MAGISTRATE JUDGE |

## ORDER

Petitioner Bacznski filed an application for writ of habeas corpus under 28 U.S.C. § 2254 on December 13, 2011, but failed to pay the filing fee or file a motion to proceed without prepayment of the required filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). In his application for habeas relief pursuant to 28 U.S.C. § 2241, Petitioner was challenging the legality of his continued detention by the Immigration and Customs Enforcement agency. (Pet. for Writ of Habeas Corpus 1, ECF No. 1.)

On the same date, Petitioner was ordered to pay the filing fee or file a motion to proceed *in forma pauperis*. On December 20, 2011, the mail sent to Petitioner was returned as undeliverable. The envelope stated that Petitioner was not at Stewart County Detention Center. (ECF No. 4.) There has been no communication by Petitioner in over 120 days.

WHEREFORE, IT IS RECOMMENDED that Petitioner's action be DISMISSED without prejudicing his right to file a new § 2241 petition in the future if a change in his

circumstances occurs. Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation.

    SO RECOMMENDED, this 16th day of April, 2012.

                                        S/Stephen Hyles
                                        UNITED STATES MAGISTRATE JUDGE