IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JACEK BACZYNSKI,              *

    Petitioner,          *

vs.                           *
                                          CASE NO. 4:11-CV-191 (CDL)
MICHAEL SWINTON, et al.,      *

    Respondents.         *

ORDER ON RECOMMENDATION OF DISMISSAL

    This matter is before the Court pursuant to a recommendation of dismissal by the United States Magistrate Judge entered on April 16, 2012. Neither party has filed an objection to this recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 1st day of June, 2012.


                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE